No. 79–5822. PAIGE *v.* BROOKS, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. ▮

No. 79–5824. PRENZLER *v.* PIKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–5827. AYALA-CARAPIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 79–5828. HOLSEY *v.* WATKINS, U. S. DISTRICT JUDGE. C. A. 4th Cir. Certiorari denied. ▮

No. 79–5829. KENNEDY *v.* OHIO. Ct. App. Ohio, Warren County. Certiorari denied.

No. 79–5832. FITZPATRICK *v.* WARD. C. A. 2d Cir. Certiorari denied.

No. 79–5833. HANNON *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied. ▮

No. 79–5834. CLARK *v.* UNITED STATES; and
No. 79–5896. ARTEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 610 F. 2d 521.

No. 79–5836. WINFIELD *v.* VAN MALE BUICK, INC., ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 79–5843. LITTLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 79–5845. CARTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–5847. SIMMONS *v.* EGELER ET AL. C. A. 6th Cir. Certiorari denied. ▮